United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE BAY AREA ROOFERS, et al., | No. C 05-0195 SBA |
| Plaintiffs, | **ORDER** |
| v. | [Docket No. 10] |
| ROYCE B PETERSON ROOFING, INC., | |
| Defendant. | |

A Case Management Conference in the above-captioned matter is scheduled for May 12, 2005 at 2:30 p.m.. On May 5, 2005, Plaintiffs filed an ex parte application to continue the Case Management Conference so that Plaintiffs would have time to either settle this case or file a motion for default judgment. Default was entered against the sole Defendant in this matter on April 21, 2005.

Good cause appearing,

IT IS HEREBY ORDERED THAT Plaintiffs' ex parte application [Docket No. 10] is GRANTED. The Case Management Conference originally scheduled for May 12, 2005 is VACATED. The parties shall appear for a telephonic Case Management Conference on **Wednesday, July 27, 2005 at 3:15 p.m.** The parties shall **meet and confer** prior to the conference and shall prepare a joint Case Management Conference Statement which shall be filed no later than ten (10) days prior to the Case Management Conference. Plaintiff shall be responsible for filing the statement as well as for arranging

///
///
///
///

1  the conference call. All parties shall be on the line and shall call (510) 637-3559 at the above indicated date
2  and time.
3      IT IS SO ORDERED.

4  Dated: 5-9-05            /s/ Saundra Brown Armstrong
                                               SAUNDRA BROWN ARMSTRONG
5                                                 United States District Judge

**United States District Court**
For the Northern District of California