IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE BAY AREA ROOFERS HEALTH AND WELFARE TRUST FUND, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ROYCE B PETERSON ROOFING, INC. d/b/a PETERSON & JENKINS ROOFING COMPANY,<br><br>Defendant. | No. C 05-0195 SBA<br><br>**ORDER**<br><br>[Docket No. 17] |

On January 12, 2005, Plaintiffs filed a complaint against Defendant Royce B. Peterson Roofing, Inc. for violations of the National Labor Relations Act of 1947, 29 U.S.C. § 185(a), and the Employee Retirement Income Security Act, 29 U.S.C. § 1132.

On April 20, 2005, Plaintiffs moved for entry of default against Defendant. On April 21, 2005, default was entered against Defendant.

On or about August 31, 2005, the Court was notified that a settlement had been reached between the parties. Accordingly, on that date, the Court dismissed the case without prejudice to being reopened in the event that the settlement was not finalized within thirty days.

On September 27, 2005, Plaintiffs filed a Stipulated Judgement and Proposed Order (hereinafter referred to as the "Proposed Judgment") [Docket No. 17]. In the Proposed Judgment, Plaintiffs request that the Court enter judgment in the amount of $10,729.02, which is comprised of liquidated damages for the months of August 2004 through May 2005 in the amount of $10,404.02, and costs of suit in the amount of $325.00. Plaintiffs also request that the judgment reflect that no action shall be taken to enforce the judgment prior to August 10, 2006.

Having reviewed the papers submitted by Plaintiffs, the Court notes that it cannot recognize the

Proposed Judgment as a stipulation, since the stipulation is signed by a representative of Peterson & Jenkins Roofing Inc., a California corporation, and not by an attorney. Pursuant to Civil Local Rule 3-9(b), a corporation may appear in this Court only through a member of the bar of this Court. The Court shall therefore construe Plaintiffs' submission as an unopposed motion for default judgment. Having considered the papers submitted by Plaintiffs, the Court finds that judgment shall be entered in Plaintiffs' favor pursuant to Plaintiffs' request.

Accordingly,

IT IS HEREBY ORDERED THAT judgment shall be entered in favor of Plaintiffs and against Defendant Royce B. Peterson Roofing, Inc. in the amount of $10,729.02, which amount is comprised of the following:

 (a) Liquidated damages for the months of August 2004 through May 2005 in the amount of $10,404.02; and

 (b) Costs of suit incurred herein in the amount of $325.00.

IT IS FURTHER ORDERED THAT no action shall be taken to enforce this judgment prior to August 10, 2006. If Defendant pays all fringe benefits on time through that date a full satisfaction shall be issued.

IT IS SO ORDERED.

Dated: 11/18/05

SAUNDRA BROWN ARMSTRONG
United States District Judge

United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE BAY AREA ROOFERS HEALTH AND WELFARE TRUST FUND, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>ROYCE B PETERSON ROOFING, INC. d/b/a PETERSON & JENKINS ROOFING COMPANY,<br><br>    Defendant. | No. C 05-0195 SBA<br><br>**ORDER**<br><br>[Docket No. 17] |

On January 12, 2005, Plaintiffs filed a complaint against Defendant Royce B. Peterson Roofing, Inc. for violations of the National Labor Relations Act of 1947, 29 U.S.C. § 185(a), and the Employee Retirement Income Security Act, 29 U.S.C. § 1132.

On April 20, 2005, Plaintiffs moved for entry of default against Defendant. On April 21, 2005, default was entered against Defendant.

On or about August 31, 2005, the Court was notified that a settlement had been reached between the parties. Accordingly, on that date, the Court dismissed the case without prejudice to being reopened in the event that the settlement was not finalized within thirty days.

On September 27, 2005, Plaintiffs filed a Stipulated Judgement and Proposed Order (hereinafter referred to as the "Proposed Judgment") [Docket No. 17]. In the Proposed Judgment, Plaintiffs request that the Court enter judgment in the amount of $10,729.02, which is comprised of liquidated damages for the months of August 2004 through May 2005 in the amount of $10,404.02, and costs of suit in the amount of $325.00. Plaintiffs also request that the judgment reflect that no action shall be taken to enforce the judgment prior to August 10, 2006.

Having reviewed the papers submitted by Plaintiffs, the Court notes that it cannot recognize the

1  Proposed Judgment as a stipulation, since the stipulation is signed by a representative of Peterson &
2  Jenkins Roofing Inc., a California corporation, and not by an attorney.  Pursuant to Civil Local Rule 3-
3  9(b), a corporation may appear in this Court only through a member of the bar of this Court.  The Court
4  shall therefore construe Plaintiffs' submission as an unopposed motion for default judgment.  Having
5  considered the papers submitted by Plaintiffs, the Court finds that judgment shall be entered in Plaintiffs'
6  favor pursuant to Plaintiffs' request.

      Accordingly,

      IT IS HEREBY ORDERED THAT judgment shall be entered in favor of Plaintiffs and against Defendant Royce B. Peterson Roofing, Inc. in the amount of $10,729.02, which amount is comprised of the following:

      (a)    Liquidated damages for the months of August 2004 through May 2005 in the amount of $10,404.02; and

      (b)    Costs of suit incurred herein in the amount of $325.00.

      IT IS FURTHER ORDERED THAT no action shall be taken to enforce this judgment prior to August 10, 2006.  If Defendant pays all fringe benefits on time through that date a full satisfaction shall be issued.

      IT IS SO ORDERED.

Dated: 11/18/05

SAUNDRA BROWN ARMSTRONG
United States District Judge